## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Kelly Jr, William P

Printed:  10/7/08

Case Number:  07 B 01261
Judge:  Hollis, Pamela S
Filed:  1/25/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  August 25, 2008
Confirmed:  April 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,760.00 |  |
| Secured: |  | 1,496.19 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,057.90 |
| Trustee Fee: |  | 205.91 |
| Other Funds: |  | 0.00 |
| Totals: | 3,760.00 | 3,760.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,057.90 | 2,057.90 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Dyck O'Neal Inc | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 1,361.80 | 600.60 |
| 5. | Litton Loan Servicing | Secured | 1,439.34 | 895.59 |
| 6. | Dyck O'Neal Inc | Secured | 17,281.79 | 0.00 |
| 7. | Illinois Dept Of Healthcare And Family | Priority | 5,447.90 | 0.00 |
| 8. | Great American Finance Company | Unsecured | 126.64 | 0.00 |
| 9. | Sallie Mae | Unsecured | 54.27 | 0.00 |
| 10. | Illinois Dept Of Healthcare And Family | Unsecured | 11.91 | 0.00 |
| 11. | Sallie Mae | Unsecured | 262.50 | 0.00 |
| 12. | Monterey Financial Services | Unsecured | 36.20 | 0.00 |
| 13. | Sallie Mae | Unsecured | 417.64 | 0.00 |
| 14. | Sallie Mae | Unsecured | 275.73 | 0.00 |
| 15. | Sallie Mae | Unsecured | 568.32 | 0.00 |
| 16. | Nationwide Acceptance Corp | Secured |  | No Claim Filed |
| 17. | Jasmine Jackson | Priority |  | No Claim Filed |
| 18. | American Credit Collection | Unsecured |  | No Claim Filed |
| 19. | Midstates Collection | Unsecured |  | No Claim Filed |
| 20. | Performance Physical Therapy | Unsecured |  | No Claim Filed |
| 21. | US Cellular | Unsecured |  | No Claim Filed |
| 22. | Nationwide Acceptance Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 29,341.94 | $ 3,554.09 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Kelly Jr, William P

Printed:  10/7/08

Case Number:  07 B 01261

Judge:  Hollis, Pamela S

Filed:  1/25/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 5.4% | 189.01 |
| 6.5% | 16.90 |
| | _____ |
| | $ 205.91 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

